UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL, CORP., et al.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TODD SMITH, et al.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 16-cv-704 BTM (JLB)<br><br>**ORDER DENYING DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br><br>**[ECF No. 327]** |

Before the Court is Defendants' *Ex Parte* Application to File Under Seal. (ECF No. 327.) Defendants seek to file the entirety of their Motion for Sanctions and for Order to Show Cause Re Violations of Protective Order and all exhibits, totaling 88 pages, under seal. (*Id.*) Defendants seek to file under seal because (i) the alleged violations relate to information the parties designated as "Confidential – For Counsel Only" under the stipulated protective order, and (ii) the motions and exhibits include discussion of "confidential sales figures from Wakaya, as well as competitively useful information about individual distributors." (*Id.* at 3.) Defendants filed the proposed motion and exhibits under seal in unredacted form. (ECF No. 328.)

Defendants fail to make a particularized showing of good cause to file the entirety of its motion and all exhibits under seal. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Defendants did not file a redacted version of the

1 | documents they seek to file under seal.  *See* Judge Burkhardt's Civil Chamber Rules, Section V.  Nor do Defendants explain why the entirety of each exhibit, some of which appear to be publicly filed court documents, should be filed under seal.

Accordingly, Defendants' Application to File Under Seal is **DENIED without prejudice**.  The Court grants Defendants leave to file a renewed motion to file under seal on or before **December 18, 2017** that provides greater justification for filing each document[1] under seal.  For any document Defendants seek to file under seal, they should either address why the entire document should be filed under seal, or file a redacted version of the document with an explanation why the redacted portions should be redacted from public view.

**IT IS SO ORDERED.**

Dated:  December 14, 2017

*/s/ Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1] Some of the individual exhibits Defendants seek to file under seal comprise a collection of documents. Defendants should address why good cause exists to file each *document* under seal.