# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL, CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD SMITH, et al.,<br><br>Defendants. | Case No.: 16-cv-704 BTM (JLB)<br><br>**ORDER GRANTING DEFENDANTS' RENEWED APPLICATION TO FILE UNDER SEAL**<br><br>**[ECF Nos. 287, 335]** |

Before the Court is Defendants' *Ex Parte* Renewed Application to File Under Seal. (ECF No. 335.) The Court previously denied Defendants' *Ex Parte* Application to File Under Seal without prejudice and granted Defendants leave to file a renewed application to file under seal. (ECF No. 332.) Defendants seek to redact Wakaya's sales figures from its Motion for Sanctions and Order to Show Cause re Violations of Protective Order and attached exhibits. (ECF Nos. 335, 337.) Defendants seek to redact this information because (i) the alleged violations relate to information the parties designated as "Confidential – For Counsel Only" under the stipulated protective order, and (ii) disclosure of Wakaya's confidential sales figures would threaten Wakaya's competitive position in the market. (ECF No. 335 at 3.) Defendants filed the proposed motion and exhibits under seal in unredacted form and publicly filed the documents in redacted form. (ECF Nos. 336, 337.)

1

Defendants' application to seal is **GRANTED**. Defendants have demonstrated good cause to make narrowly tailored redactions of Wakaya's confidential sales figures from the motion and exhibits. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Accordingly, Defendants' publicly filed and redacted Motion for Sanctions and Order to Show Cause re Violations of Protective Order (ECF No. 337) is deemed properly filed. The Court's December 4, 2017 Order setting a briefing schedule on Defendants' Motion for Sanctions and Order to Show Cause re Violations of Protective Order (ECF No. 287) is hereby amended as follows:

1. Plaintiffs shall file and serve their opposition on or before **January 3, 2018** at **5:00 PM**. Any opposition shall be no more than 10 pages, exclusive of exhibits, and shall comply with Section IV.D. of Judge Burkhardt's Civil Chambers Rules.

2. Defendants shall file and serve their reply to the opposition on or before **January 10, 2018** at **5:00 PM**. The reply shall be no more than 5 pages, exclusive of exhibits.

This order does not modify any other date, deadline, or requirement set forth in the Court's December 4, 2017 Order (ECF No. 287).

**IT IS SO ORDERED.**

Dated: December 18, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge