# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL, CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD SMITH, et al., <br><br> Defendants. | Case No.: 16-cv-704 BTM (JLB) <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> [ECF Nos. 408, 409] |

Before the Court is Defendants' *Ex Parte* Motion to File Under Seal. (ECF No. 408.) Plaintiffs seek to redact Wakaya's sales data, individual income data, and the start dates of Wakaya ambassadors from its Opposition to Defendants' Motion for Sanctions and Order to Show Cause re Violations of Protective Order (ECF No. 407), and file an unredacted version of the Opposition under seal (ECF No. 409). Plaintiffs' application to seal is **GRANTED** for good cause. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

The Clerk of Court is hereby **ORDERED** to file all documents lodged in ECF No. 409 as sealed documents on the case docket.

**IT IS SO ORDERED.**

Dated: January 4, 2018

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge