# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL CORP., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TODD SMITH, et al.,<br><br>        Defendants.<br>-------------------------------------------<br>TODD SMITH, et. al.<br><br>        Counterclaim Plaintiffs,<br><br>  v.<br><br>YOUNGEVITY INTERNATIONAL, INC., et al.,<br><br>        Counterclaim Defendants. | Case No.: 3:16-CV-704-BTM-JLB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE SUPPLEMENTAL BRIEFING WITH RESPECT TO CROSS MOTIONS FOR SUMMARY JUDGMENT AS TO CAUSES OF ACTION FOUR AND NINE**<br><br>**[ECF NO. 593]** |

The Court, having reviewed Plaintiff Youngevity International Corp.'s Ex Parte Motion for Leave to File Supplemental Briefing, all papers filed in connection with that Ex Parte Motion, and relevant precedent, and for good cause shown, **grants** the Ex Parte Motion.

Plaintiff must file its supplementing briefing of no more than three pages per claim, on or before December 18, 2018.

Defendants may file supplemental briefing in response, if any, of no more than three pages per claim, on or before December 31, 2018.

The Court will consider the evidence attached to and discussed in the forthcoming supplemental briefing when deciding the pending motions for summary judgment on Plaintiff's Fourth (ECF Nos. 293, 303) and Ninth (ECF Nos. 292, 322) Causes of Action.

IT IS SO ORDERED.

Dated:  December 11, 2018

_____
Barry Ted Moskowitz, Chief Judge
United States District Court