Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Jonathan W. Emord (pro hac vice)
jemord@emord.com
Eric J. Awerbuch (pro hac vice)
eawerbuch@emord.com
Bethany R. Kennedy (pro hac vice)
bkennedy@emord.com
Joshua S. Furman (pro hac vice)
jfurman@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361

James S. McAuliffe, III (pro hac vice)
smcauliffe@milesstockbridge.com
Miles & Stockbridge, P.C
11 N. Washington St., Ste. 700
Rockville, MD 20850
Phone: (301) 762-1600
Fax: (301) 762-0363

Laura G. Liff (pro hac vice)
lliff@milesstockbridge.com
Miles & Stockbridge, P.C
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 222102
Phone: (703) 610-8651
Fax: (301) 610-8686

Martin R. Denney (pro hac vice)
mrdenney@dennlaw.com
The Denney Lawfirm
68 South Main Street, 6th Floor
Salt Lake City, UT 84101
Phone: (801) 530-7314

Corrie J. Klekowsi (SBN 251338)
cklekowski@paulplevin.com
Paul Pleven Sullivan & Connaughton LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 237-5200
Fax: (619) 615-0700

Attorneys for Plaintiffs/Counterclaim Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL CORP., et al.,<br><br>        Plaintiffs,<br>v.<br><br>TODD SMITH, et al.,<br><br>        Defendants.<br>_____<br><br>TODD SMITH, et al.,<br><br>        Counterclaim Plaintiffs,<br>v.<br><br>YGY INTERNATIONAL CORP., et al.,<br><br>        Counterclaim Defendants. | Case No.: 3:16-CV-704-BTM-JLB<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF**<br><br>**Judge: Hon. Barry T. Moskowitz**<br><br>**Magistrate Judge: Jill L. Burkhardt**<br><br>**PER CHAMBERS, NO ORAL ARGUMENT** |

Plaintiff Youngevity ("YGY") submits this Supplemental Brief in Support of its Motion for Summary Judgment on Count Four (ECF No. 293) and in Opposition to William "Bill" Andreoli's Motion for Summary Judgment (ECF No. 303). Andreoli violated his YGY Employment Agreement ("EA"). ECF No. 293-1. It is undisputed that Andreoli was bound by the EA through Nov. 30, 2015. ECF No. 293-3 at 508. The EA required Andreoli to devote "full working time, effort, skill, and attention to the affairs of [YGY] and [to] faithfully perform his duties [t]hereunder to promote [YGY's] interests..." ECF No. 393-3 at 74. The EA states that Andreoli "shall devote his full working time, attention and energy to the business of [YGY] … and shall not during the term . . . be engaged in any other business . . . if pursued for gain, profit, or other pecuniary advantage without [YGY's] prior written consent…" ECF No. 293-3 at 76. Text messages produced by Andreoli and others prove that, while President of YGY, Andreoli breached the EA by working to establish Wakaya Perfection ("Wakaya") as a network marketing company in competition with YGY.

### A. Andreoli Violated the EA by Instructing Marin Barney and Patti Gardner to Resign from YGY

On Oct. 26, 2015 Todd Smith acquired all of Wakaya's assets. Exh. A. That same day, Andreoli had two phone calls with Smith, totaling 61 minutes. Exh. B; Awerbuch Decl., at ¶ 7. Andreoli then spoke with YGY VP Cloward[1] and VP Gardner[2] that same day. *Id.* Following those calls, Cloward relayed the fact that Smith acquired Wakaya to YGY Creative Director Barney, stating, "It's a done deal! That's all I know right now. I'll get more info tomorrow morning."[3] Exh. C. Barney responded she would start drafting her YGY resignation "letter tonight, making sure I use less than 10 expletives

---

[1] Cloward was YGY's VP of Marketing through Nov. 10, 2015. ECF 317-3 at 53.
[2] Gardner was YGY's VP of Sales through Nov. 2015 and worked as a consultant to YGY until December 31, 2015. ECF No. 317-3 at 49.
[3] Cloward and Andreoli had a 12-minute phone discussion the following morning. Exh. B; Awerbuch Decl., at ¶ 7.

per Bill :D" *Id.*[4]  That evening, she sent Cloward her YGY resignation.  Exh. D.

Andreoli facilitated the launch of Wakaya and induced YGY executives to leave YGY for Wakaya.  On Oct. 23, 2015, Cloward and Casperson[5] met with Wakaya Owner and Co-Founder Smith to discuss steps in furtherance of Wakaya.  Exh. E.  Gardner then texted Casperson, stating "Bill just asked why I didn't go with you guys.  How long are you meeting?"  *Id.*[6]  Gardner then joined that meeting.  *Id.*

On Oct. 29, 2015 Cloward texted Gardner asking when she was "planning on submitting [her YGY] resignation?"  Exh F.  Gardner responded that Andreoli "asked [her] to wait until tomorrow."  *Id.*  Gardner also told Casperson that "Bill said to wait until tomorrow. I will."  *Id.*  The next day Gardner texted Andreoli to "Hurry.  My phone is blowing up and I'm ready to push send."  *Id.*  Then, in line with Andreoli's instruction, Gardner submitted her resignation on Oct. 30, 2015.  Exh. G.  Gardner texted Andreoli confirmation: "Done. Talked to Steve on the phone."  Exh. F.

The contemporaneous evidence thus establishes that in Oct. 2015, while bound by the EA, Andreoli helped launch Wakaya and induce two top YGY executives to leave YGY to work for Wakaya.  That conduct violated the EA.  *See* ECF No. 293-3 at 74–76.

### B. Andreoli Violated the EA by Participating in Wakaya Organizational Conference Calls in Nov. 2015

A compensation plan enables distributors in network marketing companies to earn commissions.  Throughout Nov. 2015, then YGY President Andreoli participated in conference calls wherein the Wakaya compensation plan was devised, refined, and discussed.  Andreoli e-mailed Randolph[7] the plan, and on Nov. 5, 2015 Randolph forwarded Andreoli's e-mail to then YGY executives Casperson, Gardner and Cloward.

---

[4] The time stamps indicated on the texts produced by Defendants refer to Universal Time, which is eight hours ahead of Pacific Time.  Awerbuch Decl., at ¶ 9.

[5] Casperson was YGY's VP through November 7, 2015.  ECF No. 317-3 at 58.

[6] On Oct. 23, 2015 Andreoli had two phone calls with Smith lasting a total of 43 minutes and a 25-minute call with Gardner.  Exh. B; Awerbuch Decl., at ¶ 7.

[7] Randolph worked as YGY's VP until Dec. 31, 2015.  ECF No. 317-3 a 62.

Exh. H.  That same day, Andreoli texted Gardner and Cloward asking if they were "able to jump on a line and to go over comp?"  Exh. I.  Andreoli's phone records confirm he participated in an 81-minute phone call with Smith, an 8-minute phone call with Cloward, and a 28-minute phone call with Gardner on Nov. 5, 2015.[8]  Exh. B; Awerbuch Decl., at ¶ 7.  On Nov. 9, 2015, Andreoli sent Randolph, Gardner, Casperson, and Kolinski[9] texts telling them, "[w]e are going to have a comp call tomorrow…"  Exh. J.  He then held that call at 1:45 PM EST on Tuesday Nov. 10, 2015, in the middle of the YGY work day.  *Id.*  Later that day he instructed Randolph to "supply a conf[erence] line and let Blake [Graham] know the time."  *Id.*  Randolph provided the number: ▮▮▮▮4010.  *Id.*  Andreoli's phone records confirm he called that number twice on Nov. 10, 2015, for 38 total minutes.  Awerbuch Decl., at ¶ 7.  Confirming that the Nov. 10 phone call related to Wakaya, Cloward sent that same text group pictures of him and Casperson with Wakaya product.  Exh. K.  On Nov. 30, 2015 Randolph organized a Wakaya call for Andreoli, Gardner, Cloward, and Casperson.  Exh. L.  Casperson provided the conference number ▮▮▮▮4010.  *Id.*  Andreoli's phone records confirm he participated in a 74-minute call on that conference line on Nov. 30, 2015.  Awerbuch Decl., at ¶ 7.

Through Nov. 2015 then-YGY President Andreoli helped develop and refine Wakaya's compensation plan.  Phone records and text messages confirm that, in the middle of YGY work days, Andreoli spent hours on calls helping Wakaya become a network marketing company in competition with YGY, in direct violation of the EA.  ECF No. 393-3 at 74.  Indeed, Smith testified that from Sept. 2015 Andreoli spoke to him about Wakaya, including the Wakaya compensation plan.  ECF No. 292-3 at 298–300.

### C. Conclusion

This Court should grant YGY's Motion for Summary Judgment on its Fourth cause of action and deny Andreoli's Motion for Summary Judgment.

---

[8] These calls related to Wakaya, as evidenced by Smith's, Cloward's and Gardner's e-mails with Andreoli discussing Wakaya during that week.  ECF No. 275-3 at 275–87.
[9] Michael Kolinski worked as YGY's VP until approximately Feb. 2016.  Exh. M.

DATED:  December 18, 2018

                Respectfully submitted,

                EMORD & ASSOCIATES, P.C.

  BY: s/ Eric J. Awerbuch
     Attorney for Plaintiffs/Counter-Defendants
     E-mail: eawerbuch@emord.com