Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Jonathan W. Emord (pro hac vice)
jemord@emord.com
Eric J. Awerbuch (pro hac vice)
eawerbuch@emord.com
Bethany R. Kennedy (pro hac vice)
bkennedy@emord.com
Joshua S. Furman (pro hac vice)
jfurman@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361

James S. McAuliffe, III (pro hac vice)
smcauliffe@milesstockbridge.com
Miles & Stockbridge, P.C
11 N. Washington St., Ste. 700
Rockville, MD 20850
Phone: (301) 762-1600
Fax: (301) 762-0363

Laura G. Liff (pro hac vice)
lliff@milesstockbridge.com
Miles & Stockbridge, P.C
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 222102
Phone: (703) 610-8651
Fax: (301) 610-8686

Martin R. Denney (pro hac vice)
mrdenney@dennlaw.com
The Denney Lawfirm
68 South Main Street, 6th Floor
Salt Lake City, UT 84101
Phone: (801) 530-7314

Corrie J. Klekowsi (SBN 251338)
cklekowski@paulplevin.com
Paul Pleven Sullivan & Connaughton LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 237-5200
Fax: (619) 615-0700

Attorneys for Plaintiffs/Counterclaim Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD SMITH, et al., <br><br> Defendants. <br><br>_____<br><br> TODD SMITH, et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> YOUNGEVITY INTERNATIONAL CORP., et al., <br><br> Counterclaim Defendants. | Case No.: 3:16-CV-704-BTM-JLB <br><br> **PLAINTIFF'S SUPPLEMENTAL BRIEF** <br><br> **Judge: Hon. Barry T. Moskowitz** <br><br> **Magistrate Judge: Jill L. Burkhardt** <br><br> **PER CHAMBERS, NO ORAL ARGUMENT** |

Plaintiff Youngevity ("YGY") submits this Supplemental Brief in Support of its Motion for Summary Judgment ("MSJ") on Count Nine (ECF No. 292) and in Opposition to William "Bill" Andreoli's MSJ on that cause (ECF No. 322). As YGY President ("Pres.") from Aug. 2011 to Nov. 30, 2015 (ECF No. 295 at 5), Andreoli owed fiduciary duties to YGY. *In re AWTR Liquidation Inc.*, 548 B.R. 300, 313 (C.D. Cal. 2016). Text messages prove Andreoli breached those duties by helping establish a competing network marketing company ("Wakaya") and by recruiting YGY employees to work for that competitor.

### A. Andreoli Violated the EA by Recruiting YGY Employees into Wakaya

An officer violates fiduciary duties when he "recruit[s] valued employees away from the corporation he owed a fiduciary to, and into jobs with the corporation's competitor." *GAB v. Lindsey & Newsom Claim Servs.*, 99 Cal. Rptr. 2d 665, 675 (Cal. Ct. App. 2000), *disapproved on other grounds, Reeves v. Hanlon,* 95 P.3d 513, 17 Cal. Rptr. 3d 289 (Cal. 2004). The evidence proves Andreoli did just that, luring YGY employees away from YGY into competitor Wakaya.[1]

On Oct. 26, 2015 Todd Smith acquired Wakaya's assets. Exh. A. That day, Andreoli spoke with Smith for 61 minutes. Exh. B; Awerbuch Decl., at ¶ 7. Andreoli then spoke with YGY VPs Cloward[2] and Gardner[3] (*id.*), and Cloward immediately told YGY Creative Director Barney, "It's a done deal! That's all I know right now. I'll get more info tomorrow morning."[4] Exh. C. Barney said she would draft her YGY resignation "letter tonight . . .us[ing] less than 10 expletives per Bill [Andreoli] :D" *Id.*[5]

---

[1] In Nov. 2015, Andreoli negotiated the salary and benefits YGY employees would earn when they joined Wakaya. ECF No. 292-3 at 348–49.

[2] Cloward was YGY's VP of Marketing through Nov. 10, 2015. ECF 317-3 at 53.

[3] Gardner was YGY's VP of Sales through Nov. 2015 and worked as a consultant to YGY until Dec. 31, 2015. ECF No. 317-3 at 49.

[4] Cloward and Andreoli had a 12-minute phone discussion the following morning. Exh. B; Awerbuch Decl., at ¶ 7.

[5] The time stamps on the texts produced by Defendants in this lawsuit refer to Universal Time, which is eight hours ahead of Pacific Time. Awerbuch Decl., at ¶ 9.

That evening, she sent Cloward her YGY resignation. Exh. D.

Andreoli facilitated Wakaya's launch. On Oct. 23, 2015, Cloward and Casperson[6] met with Wakaya's Smith to help develop Wakaya. Exh. E. During the meeting Gardner texted Casperson: "Bill just asked why I didn't go with you guys. How long are you meeting?" *Id.*[7] At Andreoli's request, Gardner then joined the meeting. *Id*. On Oct. 29, 2015 Cloward asked Gardner when she was "planning on submitting [her YGY] resignation?" Exh F. Gardner responded: Andreoli "asked [her] to wait until tomorrow." She similarly told Casperson that "Bill said to wait until tomorrow. I will." *Id*. The next day she texted Andreoli to "Hurry. My phone is blowing up and I'm ready to push send." *Id*. Following Andreoli's direction, Gardner sent her resignation Oct. 30, 2015. Exh. G. Gardner confirmed to Andreoli: "Done. Talked to Steve [Wallach] on the phone." Exh. F.

The contemporaneous evidence reveals that in Oct. 2015, while he owed YGY fiduciary duties, Andreoli helped launch Wakaya and induce top YGY executives to work for Wakaya, breaching his YGY fiduciary duties. *See Beard Research, Inc. v. Kates*, 8 A.3 573, 603 (Del. Ch. 2010) (holding defendant "breached his fiduciary duties by, among other things, inducing the resignation of certain of [plaintiffs'] key employees to join a competitor"); *see also SMC Networks Inc. v. Hitron Tech.*, No. 12-1293, 2013 WL 12114104, at *8–9 (C.D. Cal. Nov. 13, 2013); *Global Medical Solutions, Ltd v. Simon*, No 12-04686, 2013 WL 12065418, at *18 (C.D. Cal. Sept. 24, 2013).

### B. Andreoli Breached His Fiduciary Duties to YGY by Assisting in Wakaya's Creation

Andreoli breached his fiduciary duties by helping develop Wakaya's comp. plan. *See Sonista, Inc. v. Hsieh*, 2005 WL 3113083, at *4 (N.D. Cal. Nov. 21, 2005) ("Assisting in the creation of a rival to Sonista while still a Sonista director and officer would be a clear-cut violation of Hsieh's fiduciary duties to Sonista."). A comp plan is

---

[6] Casperson was YGY's VP through Nov. 7, 2015. ECF No. 317-3 at 58.

[7] Andreoli's phone records prove, on Oct. 23, 2015, he had two calls with Smith lasting 43 minutes and a 25-minute call with Gardner. Exh. B; Awerbuch Decl., at ¶ 7.

1  essential to an MLM, enabling distributors to earn commissions.  Throughout Nov. 2015,
2  YGY President Andreoli participated in calls wherein Wakaya's comp. plan was devised,
3  refined, and discussed.  Andreoli e-mailed Randolph[8] the plan on Oct. 29, 2015; on Nov.
4  5, 2015 Randolph forwarded Andreoli's e-mail to YGY's Casperson, Gardner and
5  Cloward.  Exh. H.  That same day, Andreoli texted Gardner and Cloward asking them to
6  join him for a call "to go over comp?"  Exh. I.  Andreoli's phone records confirm he
7  participated in an 81-minute phone call with Smith, an 8-minute phone call with
8  Cloward, and a 28-minute phone call with Gardner on Nov. 5, 2015.[9]  Exh. B; Awerbuch
9  Decl., at ¶ 7.  On Nov. 9, 2015, Andreoli sent Randolph, Gardner, Casperson, and
10 Kolinski[10] texts reading, "[w]e are going to have a comp call tomorrow. . ."  Exh. J.  He
11 then held that call at 1:45 PM EST on Nov. 10, 2015.  *Id.*  Andreoli called the conference
12 call number twice on Nov. 10, 2015, for 38 total minutes.  Exh. B; Awerbuch Decl., at ¶
13 7.  That day Cloward also sent that same text group pictures of he and Casperson with
14 Wakaya product.  Exh. K.  On Nov. 30, 2015 Randolph organized a Wakaya conference
15 call for Andreoli, Gardner, Cloward, and Casperson.  Exh. L.  Casperson provided the
16 number: ▬▬▬4010.  *Id.*  Andreoli made a 74-minute call into that conference on Nov.
17 30, 2015.  Exh. B; Awerbuch Decl., at ¶ 7.  Smith testified that repeatedly that from
18 Sept. 2015 forward Andreoli spoke to him about Wakaya and its comp. plan.  ECF No.
19 292-3 at 298–300.
20    This Court should therefore grant YGY Summary Adjudication on Count Nine.
21 *See Sonista*, 2005 WL 3113083 at *5–6 (granting summary adjudication on plaintiff's
22 breach of fiduciary duty claim because "[t]here is no dispute of material fact that Hsieh
23 worked to help set up Pixa while he was still a director and officer of Sonista" but
24 reserving the amount of damages for trial).

---

[8] Randolph worked as YGY's VP until Dec. 31, 2015.  ECF No. 317-3 a 62.
[9] These calls related to Wakaya, as evidenced by Smith's, Cloward's and Gardner's e-mails with Andreoli discussing Wakaya during that week.  ECF No. 275-3 at 275–87.
[10] Michael Kolinski worked as YGY's VP until approximately Feb. 2016.  Exh. M.

DATED:  December 18, 2018

                Respectfully submitted,

                EMORD & ASSOCIATES, P.C.

                BY: s/ Eric J. Awerbuch
                 Attorney for Plaintiffs/Counter-Defendants
                 E-mail: eawerbuch@emord.com